STONE *v.* HUXFORD.—On appeal.

Thursday,
July 15.

ANY devisee or other person interested in the estate of a testator may have the will proved. R. S. 1843, p. 492, s. 34.

If an estate be devised on condition that the devisee will maintain the testator's widow during her life, and the devisee refuse to accept and perform the condition, the devise is void and the heirs may enter. *Jackson* v. *Bull*, 10 Johns. 151.— *Jackson* v. *Martin*, 18 *id*. 34.